# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00327(1)-ADA |
| | § | |
| (1) MIGUEL ANGEL CASTELAN-JAIMES | § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 25, 2025, wherein the defendant (1) MIGUEL ANGEL CASTELAN-JAIMES waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) MIGUEL ANGEL CASTELAN-JAIMES to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) MIGUEL ANGEL CASTELAN-JAIMES' plea of guilty to Count One (1) is accepted.

    Signed this 11th day of July, 2025.

                                                                                                   _____  
                                                                                             ALAN D ALBRIGHT  
                                                                                             UNITED STATES DISTRICT JUDGE